DESAI LAW FIRM, P.C.
Aashish Y. Desai, Esq. (SBN 187394)
Adrianne De Castro, Esq. (SBN 238930)
3200 Bristol St., Suite 650
Costa Mesa, CA 92626
Telephone: (949) 614-5830
Facsimile: (949) 271-4190
aashish@desai-law.com
adrianne@desai-law.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COBURN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOM'S OF MAINE, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:20-CV-01036-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**NOTICE OF NON-OPPOSITION AND SETTLEMENT**<br><br><br>Complaint Served: June 16, 2020<br>Current Response Date: July 7, 2020 |

**NOTICE OF NON-OPPOSITION AND SETTLEMENT**

The parties have resolved this action on an individual basis. As such, Plaintiff will be dismissing her claims under Rule 41 as soon as the parties formalize this settlement with a written agreement. Defendant has filed a Motion to Dismiss which is set for hearing on February 5, 2021.

Due to the settlement, Plaintiff does not intend to file opposition papers and anticipates filing a dismissal long before the hearing date on Defendant's Motion to Dismiss.

Respectfully submitted,

Dated: January 14, 2021         DESAI LAW FIRM, P.C.

By: */s/ Aashish Y. Desai*
   Aashish Y. Desai
   Adrianne De Castro
   *Attorneys for Plaintiff Susan Coburn*

2
**NOTICE OF NON-OPPOSITION AND SETTLEMENT**