LATHAM & WATKINS LLP
  Robert J. Ellison (SBN 274374)
    *robert.ellison@lw.com*
10250 Constellation Blvd., Suite 1100
Los Angeles, California 90067
(424) 653-5500/ (424) 653-5501 Fax

  U. Gwyn Williams (*pro hac vice*)
    *gwyn.williams@lw.com*
  Samuel Townsend (*pro hac vice*)
    *samuel.townsend@lw.com*
200 Clarendon Street
Boston, MA 02116
(617) 948-6000/ (617) 948-6001 Fax

  David K. Callahan (*pro hac vice*)
    *david.callahan@lw.com*
  Ann Marie Wahls (*pro hac vice*)
    *annmarie.wahls@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
(312) 876-7700/ (312) 876-9767 Fax

Attorneys for Defendant
TOM'S OF MAINE, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COBURN, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOM'S OF MAINE, INC.,<br><br>Defendant. | CASE NO. 8: 20-cv-01036-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 8, 2020 |

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed that all claims against Tom's of Maine, Inc. are dismissed in their entirety with prejudice, with each party to bear its own costs, including attorneys' fees.

Dated: February 4, 2021     LATHAM & WATKINS LLP

By /s/ David K. Callahan
David K. Callahan

Attorneys for Defendant
TOM'S OF MAINE, INC.

Dated: February 4, 2021     DESAI LAW FIRM, P.C.

By /s/ Aashish Y. Desai
Aashish Y. Desai

Attorneys for Plaintiff
SUSAN COBURN

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: February 4, 2021				LATHAM & WATKINS LLP


								By /s/ David K. Callahan
								David K. Callahan