JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COBURN, individually, and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>TOM'S OF MAINE, INC.,<br><br>  Defendant. | CASE NO. 8: 20-cv-01036-JLS-DFM<br><br>Hon. Josephine L. Staton<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation of the parties (Doc. 31), Rule 41(a)(1) of the Federal Rules of Civil Procedure, and for good cause shown, it is ORDERED that all claims against Tom's of Maine, Inc. are dismissed in their entirety with prejudice. Each party shall bear its own costs, including attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 05, 2021

_____
Hon. Josephine L. Staton
United States District Judge